IN THE MATTER OF STRANG BUS LINES, INC.

*Messrs. Clapp & Eisenberg* and *Mr. Howard T. Rosen* for the petitioners.

*Mr. David D. Furman* and *Mr. Richard F. Green* for the respondents.

June 30, 1961. Denied.